| | |
|---|---|
| MARK W. COLEMAN #117306<br>NUTTALL & COLEMAN<br>2445 CAPITOL STREET, SUITE 150<br>FRESNO, CA 93721<br>PHONE (559) 233-2900<br>FAX (559) 485-3852 | **FILED**<br>JUN 1 4 2010<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

ATTORNEYS FOR Defendant,
AUGUSTINE REYNA


(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUGUSTINE REYNA, et al.<br><br>Defendant. | Case No.:   CR-F-10-00173-AWI-3<br><br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendant, AUGUSTINE REYNA, hereby requests leave of court to substitute MARK W. COLEMAN, of the law firm of NUTTALL & COLEMAN, as his attorney of record, in place and instead of RICHARD A. BESHWATE, JR.

DATED: June 7, 2010.

/s/ Augustine Reyna
_____
AUGUSTINE REYNA

I CONCUR WITH SAID SUBSTITUTION.

DATED: June 7, 2010.           LAW OFFICE OF RICHARD BESHWATE, JR.

/s/ Richard Beshwate, Jr.
_____
RICHARD BESHWATE, JR.

1 | I AGREE TO THE ABOVE SUBSTITUTION.

2 | DATED: June 7, 2010.                    NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN

\* \* \* \* \* \*

### ORDER

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that RICHARD A. BESHWATE, JR., is hereby relieved as attorney of record in this matter, and MARK W. COLEMAN, of NUTTALL & COLEMAN, is substituted in as attorney of record for Defendant, AUGUSTINE REYNA.

DATED: 6-14-10

ANTHONY W. ISHII