**MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
AUGUSTINE REYNA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.:   CR-F-10-00173-AWI-3 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE** and **O R D E R** |
| AUGUSTINE REYNA, et al. | |
| Defendant. | DATE: September 12, 2011<br>TIME: 11:00<br>DEPT: 2 |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the hearing currently on calendar for Monday, September 12, 2011, at 11:00 a.m., be continued to October 11, 2011, or as soon thereafter as is convenient to the court's calendar.

Counsel for Defendants have spoken with Assistant U.S. Attorney, KAREN ESCOBAR, who has no objection to this continuance.

DATED: September 8, 2011.          NUTTALL COLEMAN & WILSON

                                          /s/ MARK W. COLEMAN

                                          MARK W. COLEMAN
                                          Attorneys for Defendant

DATED: September 8, 2011.          FALLER LAW FIRM

                                          /s/ CARL FALLER

                                          CARL FALLER

| | | |
|---|---|---|
| 1 | DATED: September 8, 2011. | LAW OFFICES OF ANTHONY P. CAPOZZI |
| 2 | | /s/ ANTHONY CAPOZZI |
| 3 | | ANTHONY CAPOZZI |
| 4 | | |
| 5 | DATED: September 8, 2011. | UNITED STATES ATTORNEYS OFFICE |
| 6 | | /s/ KAREN ESCOBAR |
| 7 | | KAREN ESCOBAR<br>Assistant U.S. Attorney |

**O R D E R**

IT IS SO ORDERED.

Dated:   September 9, 2011

CHIEF UNITED STATES DISTRICT JUDGE