(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN 117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
CORINNE@nuttallcoleman.com

ATTORNEYS FOR Defendant,
    AUGUSTINE REYNA.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTINE REYNA,<br><br>Defendant. | Case No.: **1:10-cr-00173-AWI-3**<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable ANTHONY W. ISHII |

Defendant, AUGUSTINE REYNA, by and through his attorney, MARK W. COLEMAN of the Law Offices of NUTTALL & COLEMAN, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has been subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  On February 27, 2012, this Court sentenced Mr. Reyna to a term of 108 months imprisonment;

3. His total offense level was 29, his criminal history category was III, and the resulting guideline range was 108 to 135 months;

4. The sentencing range applicable to Mr. Reyna was subsequently lowered by the United States Sentencing Commission in Amendment 782, retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Reyna's total offense level has been reduced from 29 to 27, and his amended guideline range is 87 to 108 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Reyna's term of imprisonment to a total term of 87 months.

Respectfully submitted,

DATED: March 5, 2015         NUTTALL & COLEMAN

/s/ Mark W. Coleman

———————————————
MARK W. COLEMAN
Attorney for Defendant
AUGUSTINE REYNA

DATED: March 5, 2015         BENJAMIN B. WAGNER
United States Attorney

/s/ Karen Escobar

———————————————
KAREN ESCOBAR
Assistant U.S. Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

2

Stipulation and Order Re: Sentence Reduction

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2),

The parties agree, and the Court finds, that Mr. Reyna is entitled to the benefit of Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 87 to 108 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2012 is reduced to a term of 87 months, effective as of November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, an effective date of the amended judgment as November 1, 2015, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Sanchez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   March 6, 2015                              _____
                                                   SENIOR  DISTRICT  JUDGE

Stipulation and Order Re: Sentence Reduction